NUMBER
13-06-412-CV

 

COURT
OF APPEALS

 

THIRTEENTH
DISTRICT OF TEXAS

 

CORPUS
CHRISTI - EDINBURG

 

 

 

IN RE:  MANUEL
CHAVEZ,

Relator


 

 

 

On
Petition for Writ of Mandamus

 

 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Castillo and Garza

Per
Curiam Memorandum Opinion

 








Relator, Manuel Chavez, filed a motion for emergency
relief and petition for writ of mandamus in the above cause.  Having examined and fully considered the
motion and petition for writ of mandamus, the Court is of the opinion that
(1)  relator has not shown himself
entitled to the relief sought and, thus, (2) the motion and petition must be
denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the motion for emergency relief
is DENIED and the petition for writ of mandamus is DENIED.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this
27th day of July, 2006.